UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CALIBER HOME LOANS, INC. )<br>      Plaintiff, )<br>            )<br>-v- )<br>            )<br>AMERICAN STRATEGIC INSURANCE )<br>CORP., *et al.*, )<br>      Defendants. )<br>            ) | No. 1:22-cv-94<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: October 27, 2022                 /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge